UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EEOC,

            Plaintiff,

      -against-

BOSTON MARKET CORP.,

            Defendant.
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★   JUL 28 2005   ★

LONG ISLAND OFFICE

ORDER OF DISCONTINUANCE

CV 03-4227

WEXLER, J.

      The parties having reported to the Court that the above action has been settled, it is

      ORDERED, that this action is hereby discontinued without costs and without prejudice.[1]

SO ORDERED:

Dated: Central Islip, New York
       July 28, 2005

LEONARD D. EXLER
UNITED STATES DISTRICT JUDGE

---

[1] Pending submission of final Stipulation and Order.