

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY  10004-2112
(212) 336-3721
TTY (212) 336-3622
General FAX (212) 336-3625

Judy A. Keenan
Senior Trial Attorney
Phone (212) 336-3705
Fax (212) 336-3623
judy.keenan@eeoc.gov

August 23, 2005

Hon. Leonard D. Wexler
U.S. District Judge
Eastern District of New York
Long Island Division
944 Federal Plaza
Central Islip, N.Y. 11722-9014

Re:   EEOC v. Boston Market Corp., USDC EDNY Civ. Action No. CV-03-4227 (LDW/WDW)

Dear Judge Wexler:

Enclosed for your signature, if it meets with your approval, is the proposed Consent Decree which memorializes the terms of the settlement reached by the parties in this action.

EEOC renews its request that the Court modify its July 28, 2005 Order to provide that this action may be administratively closed upon the entry of the Consent Decree, but that it will not be dismissed until such time as the Consent Decree expires.  The reason for this request is that under the terms of the Consent Decree, the Court retains jurisdiction for the life of the Consent Decree.  The proposed Consent Decree provides that it will remain in effect for three years from the date of entry.

Thank you for your attention to this matter.

Very truly yours,

　　　/s/
Judy Keenan

cc:   Michael R. Curran, Charles J. Rappaport, attorneys for Plaintiff-Intervenor
      Joel L. Finger, Jean L. Schmidt, attorneys for Defendant

**IN THE UNITED STATES DISTRICE COURT
FOR THE EASTERN DISTRICT OF NEW YORK
LONG ISLAND DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | **CIVIL ACTION NO.** CV-03-4227 (LDW)(WDW) |
| **Plaintiff,** | ) ) | |
| and | ) ) | |
| **CHRISTINE GAGLIARDI,** | ) ) | |
| **Plaintiff-Intervenor,** | ) ) | |
| v. | ) ) | |
| **BOSTON MARKET CORPORATION,** | ) ) | |
| **Defendant.** | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF SETTLEMENT AND
FILING OF PROPOSED CONSENT DECREE**

The parties have reached a voluntary settlement in this matter which is memorialized in a Consent Decree, which is annexed as Exhibit 1.  A copy of this document is being filed electronically; the original is being filed in hard copy for presentation to the Hon. Leonard D. Wexler, U.S. District Court Judge, for his signature and for entry.

DATED:   New York, NY
         August 23, 2005

Respectfully Submitted,

_____/s/_____
Judy Keenan (JK 3083)
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION - New York District Office
33 Whitehall St., 5th Floor
New York, NY  10004-2112
Direct Line:    212.336.3705
General Line:  212.336.3721
Fax:              212.336.3623
judy.keenan@eeoc.gov

**CERTIFICATE OF SERVICE**

I certify that on August 23, 2005 I served a copy of this NOTICE OF SETTLEMENT AND FILING OF PROPOSED CONSENT DECREE, together with the Consent Decree, by overnight delivery service, addressed to:

Joel L. Finger, Jean L. Schmidt      Michael R. Curran
BROWN RAYSMAN, et al     98-120 Queens Boulevard, Ste. # 1-C
900 Third Ave.     Rego Park, NY  11374-4337
New York, NY  10022-4704

and by regular U.S. Mail to

Charles J. Rappaport
RAPPAPORT GLASS GREENE & LEVINE, LLP
500 Fifth Ave., Ste. 1150
New York, NY  10110-1103

A copy of this document was electronically filed on August 23, 2005.

DATED:   New York, NY
         August 23, 2005

                                                      _____/s/_____
                                                      Judy Keenan (JK 3083)
                                                      Senior Trial Attorney
                                                      EQUAL EMPLOYMENT OPPORTUNITY
                                                      COMMISSION - New York District Office
                                                      33 Whitehall St., 5th Floor
                                                      New York, NY  10004-2112
                                                      Direct Line:    212.336.3705
                                                      General Line:  212.336.3721
                                                      Fax:            212.336.3623
                                                      judy.keenan@eeoc.gov